1
2
3
4
5                        IN THE UNITED STATES DISTRICT COURT

6                            FOR THE DISTRICT OF ARIZONA

7

8   Rocco Delia,                          )    No.  CV-05-1145-PHX-MHM (HCE)
                                          )
9            Plaintiff,                    )
                                          )    **ORDER**
10  vs.                                    )
                                          )
11                                         )
    Joseph Arpaio,                        )
12                                         )
             Defendant,                    )
13                                         )
    _____   )

14

15          Plaintiff has filed a pro se civil rights complaint under 42 U.S.C. § 1983. The matter

16   was referred to United States Magistrate Judge Hector C. Estrada who has issued a Report and

17   Recommendation that recommends that the complaint and action should be dismissed without

18   prejudice. (Doc. 8). Plaintiff has not filed written objections to the Report and

19   Recommendation.

20                              **STANDARD OF REVIEW**

21          The Court must review the legal analysis in the Report and Recommendation de novo.

22   See 28 U.S.C. § 636(b)(1)(C).  The Court must review the factual analysis in the Report and

23   Recommendation de novo for those facts to which objections are filed.  "Failure to object to

24   a magistrate judge's recommendation waives all objections to the judge's findings of fact."

25   Jones v. Wood, 207 F.3d 557, 562 n.2 (9th Cir. 2000).

26                                   **DISCUSSION**

27          The Magistrate Judge has recommended that the complaint and action should be

28   dismissed without prejudice under Fed.R.Civ.P. 41(b) for failure to prosecute.  As discussed

1    in the Report and Recommendation, a docket entry dated November 9, 2005 shows that mail

2    sent to Plaintiff was returned as undeliverable.  (Doc. 7).  Following the filing of the Report

3    and Recommendation, a docket entry dated March 13, 2006 shows that mail sent to Plaintiff

4    was returned as undeliverable.  (Doc. 9).  Plaintiff has failed to keep the Court advised of his

5    current address and has failed to prosecute this case.

6    **Accordingly**,

7    **IT IS ORDERED** adopting the Magistrate Judge's Report and Recommendation (Doc.

8    8) as the Order of the Court.

9    **IT IS FURTHER ORDERED** that the complaint and action are dismissed without

10   prejudice.

11   DATED this 7th day of June, 2006.

_____
Mary H. Murguia
United States District Judge

- 2 -