# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Rocco Delia, | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | |
| Plaintiff, | ) | CIV-05-1145-PHX-MHM |
| | ) | |
| v. | ) | |
| | ) | |
| Joseph Arpaio, | ) | |
| | ) | |
| Defendant. | ) | |

___   Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  X   Decision by Court. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this Court having adopted the Report and Recommendation of the Magistrate Judge, Plaintiff take nothing. This Complaint and action are hereby dismissed without prejudice.

                                      RICHARD H. WEARE
                                      District Court
June 13, 2006                       Executive/Clerk

                                      s/ M. Pruneau
                                      By:
                                      Deputy Clerk

cc: (all counsel)